IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01363-WDM-CBS

ANALISA WHITTAKER,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation,

    Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE
_____

**COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: July 31, 2007.

                                            _s/ David M. Larson_____
                                            David M. Larson, Esq.
                                            Attorney for the Plaintiff
                                            405 S. Cascade Avenue Suite 305
                                            Colorado Springs, CO 80903
                                            (719) 473-0006